HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Vicente Hernandez-Cruz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:14-cr-0116 AWI-BAM |
| Plaintiff, | ) STIPULATION AND  ORDER TO ADVANCE <br> ) STATUS CONFERENCE |
| vs. | ) <br> ) DATE:  July 7, 2014 |
| VICENTE HERNANDEZ-CRUZ, | ) TIME:    10:00 a.m. <br> ) JUDGE: Hon. Anthony W. Ishii |
| Defendant. | ) <br> ) |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for July 28, 2014, may be advanced to July 7, 2014 at 10:00 a.m.

   This advancement of the court date is at the request of the defense as the parties have reached a resolution in this case and Mr. Hernandez-Cruz wishes to enter his plea and be sentenced at the earliest available date.  The Government is in agreement with the advancement.

///

///

///

///

///

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: July 2, 2014 | | By: | /s/ Mia Giacomazzi<br>MIA GIACOMAZZI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: July 2, 2014 | | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>VICENTE HERNANDEZ-CRUZ |

**O R D E R**

IT IS SO ORDERED.

Dated:  July 2, 2014                            _____
                                                SENIOR  DISTRICT  JUDGE